The order below is hereby signed.

Signed: December 1 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 14-00330 |
| EULALEE CLARKE, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019**

This matter came before the Court on the Motion to Approve Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 ("Motion"), filed by Marc E. Albert, trustee ("Trustee") of the Chapter 7 estate of Eulalee Clarke ("Debtor"). The Motion seeks approval of the compromise of controversy reached between the Trustee and the Debtor, as more fully set forth in the Motion and the Letter Agreement that was attached to the Motion and is also attached hereto as Exhibit A.

The Court has reviewed the record of this matter and finds that good, sufficient and ample cause exists to grant the relief requested. It is therefore:

CORE/0773380.0203/103327130.1

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the proposed compromise of controversy on the terms and conditions set forth in the Motion and attached Letter Agreement, be and the same hereby is, **APPROVED UNDER FED. R. BANKR. P. 9019**; and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to take all steps necessary and sign all necessary documents to implement this Order.

Copies to:

Ecf recipients and

Eulalee Clarke
5224 First Street, NW
Washington, D.C. 20011

Exhibit A on following page



Katherine M. Sutcliffe Becker
202.728.3009 **DIRECT**
202.572.9994 **DIRECT FAX**
katherine.becker@stinsonleonard.com

September 29, 2014

Via electronic mail and U.S. mail
twahjah@aol.com

Ms. Eulalee Clarke
5224 First Street, NW
Washington, DC  20011

**Re:    Case No. 14-00330 Settlement Agreement between
         Eulalee Clarke ("Debtor") and Marc Albert, Chapter 7 Trustee ("Trustee").**

Dear Ms. Clarke:

This firm represents Marc Albert in his capacity as chapter 7 Trustee for your bankruptcy estate, which is currently pending a case No. 14-00330 in the United States Bankruptcy Court for the District of Columbia.  As you discussed with the Trustee at the 341 Meeting, you have certain assets that you did not list on your Schedules that you wish to retain your interest in. This letter agreement ("Letter Agreement") sets forth the entire settlement agreement between the Trustee and the Debtor.

## **RECITALS**

1.     On June 3, 2014, the Debtor filed a petition under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia, Case No. 14-00330 (the "Bankruptcy Case").

2.     Marc E. Albert is the duly appointed chapter 7 trustee.

3.     The Debtor has an interest in two claims that she did not list on her Schedules but disclosed to the Trustee at her 341 Meeting.

4.     First, the Debtor asserts a claim against PNC Bank, N.A. fraudulent Note and Mortgaged-Backed Securitization (MBS)  Restitution & Disgorgement Claim, per 18 USC 3771 (a)(6) ('the PNC Claim").

5.     Second, the Debtor claims to be a member of the pending Class Action that she describes as: "Illegal LIBOR Mortgaged-Backed Securities Trust Documents/ Agreements Scheme" before the United

States District Court for the Southern District of New York (the "Class Action Claim").

6. The Trustee asserts that the PNC Claim and the Class Action Claim are property of the estate under § 541 of the Bankruptcy Code. The Debtor has not listed either as exempt.

7. The Debtor and Trustee have reached an agreement that will allow the Debtor to retain her interest in the PNC Claim and the Class Action Claim and will resolve by settlement any claims the estate may have in the PNC Claim or the Class Action Claim or against the Debtor.

## **SETTLEMENT AGREEMENT**

8. The foregoing recitals are incorporated into this agreement and the Trustee and the Debtor agree as follows:

9. In exchange for payments totaling $25,000.00, the Trustee will release the estate's claims against the Debtor and against the PNC Claim and the Class Action Claim.

10. The Debtor will make monthly payments in the amount of $695.00 beginning in October 2014 and continuing on the first day of each month for thirty-six months (36) until paid in full. The Trustee will leave the Bankruptcy Case open while the Debtor makes payments.

11. Notwithstanding the foregoing schedule of payments, nothing will prevent the Debtor from completing the payments to the Trustee totaling $25,000.00 sooner than October 1, 2017.

12. The parties agree that this Letter Agreement is contingent upon Bankruptcy Court approval pursuant to a Motion to Approve Settlement and Bankruptcy Rule 9019 and all other applicable bankruptcy rules and provisions.

13. Notices to the Debtor will be to the attention of Eulalee Clarke at the address above. Notices to the Trustee will be to both Marc E. Albert, Trustee and Katherine M. Sutcliffe Becker, Esq., at the address above.

14. This Letter Agreement will be interpreted in accordance with District of Columbia law. In case any one or more of the provisions contained in this Letter Agreement should be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby, but this Letter Agreement will be reformed and construed and enforced to the maximum extent permitted by applicable law.

      15.    This Letter Agreement contains the entire and complete agreement between the parties, and no oral statements or representations or prior matter not contained in this Letter Agreement shall have any force or effect whatsoever. This Letter Agreement supersedes any and all prior related correspondence, discussions, agreements and understandings between the parties.

      16.    This Letter Agreement may be entered in counterparts. By signing below, each individual affirms that he or she has authority to enter into this Letter Agreement.

When I have received a signed Letter Agreement from you, I will file the motion with the Bankruptcy Court seeking approval of this settlement. Please call me if you have any questions, otherwise, I look forward to receiving the signed agreement from you shortly.

Best regards,

Stinson Leonard Street LLP

/s/ Katherine M. Sutcliffe Becker

Katherine M. Sutcliffe Becker

KB

SEEN AND AGREED TO:

/s/ Eulalee Clarke

Eulalee Clarke, Debtor

(Permission for electronic signature given by return of signed original)

/s/ Marc E. Albert

Marc E. Albert, Chapter 7 Trustee